MINUTE ENTRY
VANCE, J.
MAY 4, 2016

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL CASE |
| VERSUS | NO. 13-286 |
| GRANVILLE ROBINSON (CUSTODY) | SECTION: R |

CASE MANAGER:  JAY SUSSLIN
COURT REPORTER: JODI SIMCOX

### SENTENCING HEARING

APPEARANCES:  GRANVILLE ROBINSON, DEFENDANT
              ROBERT JENKINS, COUNSEL FOR DEFENDANT
              JULIA EVANS, ASSISTANT U.S. ATTORNEY
              CHRISTINE M. SISCARETTI, DEPARTMENT OF JUSTICE
              U.S. PROBATION OFFICER
              U.S. MARSHALS

Court begins.
All present and ready.
Defendant present for sentencing as to Count 1 and 2 of the Superseding Bill of Information.
Government's objection to Pre-Sentence Investigation Report, OVERRULED for reasons stated orally on the record.
Government's motion for 3-level decrease (See R. Doc. 319), DENIED for reasons stated orally on the record.
Defendant sentenced.
See Judgment and Commitment order.
Determination of Restitution Hearing ORDERED set for July 13, 2016, at 9:30 a.m.
Government's motion to dismiss underlying counts as to defendant Granville Robinson only, GRANTED.
Defendant remanded.
Counsel thanked and excused.
Court adjourned.


JS10:  00:20