**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 13-286 |
| VERSUS | SECTION "R" |
| GRANVILLE ROBINSON (CUSTODY) | VIOLATION:  18:1594(c) |
| DUANE PHILLIPS (CUSTODY) | 18:1591(a) |
| ANTHONY ELLIS (CUSTODY) | 18:1591(b) |
| ZACCHAEUS TAYLOR (CUSTODY) | 18:2421 |
| CHRISTOPHER WILLIAMS (CUSTODY) | |
| LAQUENTIN BROWN (CUSTODY) | |
| KANUBHAI PATEL (BOND) | |

**NOTICE OF HEARING TO DETERMINE RESTITUTION**
**AS TO GRANVILLE ROBINSON ONLY**

AS ORDERED BY THE COURT, a HEARING TO DETERMINE RESTITUTION is hereby set for WEDNESDAY, JULY 13, 2016, at 9:30 a.m. before DISTRICT JUDGE SARAH S. VANCE, Federal Courthouse Building, 500 Poydras Street, Room C-279, New Orleans, LA 70130.

DATE: May 4, 2016                                     WILLIAM W. BLEVINS, CLERK
TO:
GRANVILLE ROBINSON (CUSTODY)           by:        **Jay Susslin**
c/o U.S. Marshal's Office                                              **Case Manager**

**COUNSEL for Robinson**                             **UNITED STATES ATTORNEY'S OFFICE**
ROBERT C. JENKINS                                          AUSA JULIA EVANS
631 St. Charles Avenue                                      New Orleans, LA 70130
New Orleans, LA 70130                                    julia.evans2@usdoj.gov
Email: rj1430@aol.com
_____             AUSA MATTHEW PAYNE
DUANE PHILLIPS   (CUSTODY)                          New Orleans, LA 70130
c/o U.S. Marshal's Office                                    matthew.payne@usdoj.gov

**COUNSEL for Phillips**                                  **U.S. DEPARTMENT OF JUSTICE**
HENRY JULIEN, JR.                                            CHRISTINE SISCARETTI
Kullman Firm                                                      christine.siscaretti@usdoj.gov
1100 Poydras Street
1600 Energy Centre                                          **U.S. MARSHAL**
New Orleans, LA 70160
hpj@kullmanlaw.com                                       **PROBATION PRETRIAL**
_____
ANTHONY ELLIS (CUSTODY)                             **JUDGE VANCE**
c/o U.S. Marshal's Office
                                                                            **FEDERAL BUREAU OF INVESTIGATION**
**COUNSEL for Ellis**                                            jaime.corman@ic.fbi.gov
WILLIAM SOTHERN                                             michael.forrester@ic.fbi.gov
3015 Magazine Street
New Orleans, LA 70115                                  **IMMIGRATION & CUSTOMS**
billy@connersothern.com &                          **ENFORCEMENT**
rachel@connersothern.com                                  amanda.c.smith@ice.dhs.gov
_____
ZACCHAEUS TAYLOR (CUSTODY)                    FOREIGN LANGUAGE INTERPRETER:
c/o U.S. Marshal's Office                                  INDIAN - GUJARATI OR HINDI DIALECT
                                                                            for KANUBHAI PATEL   ONLY_____

**COUNSEL for Taylor**
STEPHEN SHAPIRO
700 Camp Street
New Orleans, LA 70130
shapesq1@cox.net

| | |
|---|---|
| CHRISTOPHER WILLIAMS (CUSTODY)<br>c/o U.S. Marshal's Office | CRIMINAL CASE NO. 13-286 "R"<br>USA VS. ROBINSON, ET AL. |

**COUNSEL for Williams**  PAGE 2
JOHN HARVEY CRAFT
829 Baronne Street
New Orleans, LA 70113
jhcraft@bellsouth.net

_____

LAQUENTIN BROWN (CUSTODY)
c/o U.S. Marshal's Office

**COUNSEL for Brown**
DYLAN UTLEY
422 Notre Dame St
Suite 100
New Orleans, LA   70130
dylan@dylanutley.com

_____

KANUBHAI PATEL (BOND)
Kenner, LA

**COUNSEL for Patel**
PATRICK J. FANNING
238 Huey P. Long Ave.
Gretna, LA 70053
pfanninglaw@aol.com

_____